UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY AVOCADO CORP. d/b/a CUSTOMRIPE AVOCADO COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN PRODUCE/ MUSHROOMS, INC., et al.,<br><br>Defendants. | Case No: 2:15-cv-06241-JFW-JPR<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS NORTHERN PRODUCE/ MUSHROOMS, INC., JOEL WEISS, AND MARCIA WEISS, JOINTLY AND SEVERALLY** |

This Court is presented with Plaintiff's Motions for Entry of Default Judgment against Defendants, Northern Produce/Mushrooms, Inc., Joel Weiss, and Marcia Weiss. Having reviewed the file and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff's Motions for Entry of Default Judgment are GRANTED.

2. Judgment is entered in favor of Plaintiff, Henry Avocado Corp. d/b/a CustomRipe Avocado Company ("CustomRipe") and against Defendants, Northern Produce/Mushrooms, Inc., Joel Weiss, and Marcia Weiss, jointly and severally, in the principal amount of $52,571.00, together with taxable costs in the sum of $924.00, contractual pre-judgment interest in the sum of $9,190.73, attorneys' fees totaling $18,852.50, for a total judgment amount of $81,538.23,

plus post-judgment interest at the rate set forth by 28 USC §1961, all of which qualifies for protection under PACA, until satisfied, for which let execution issue.

3. The Court directs the Clerk to enter Judgment against Defendants, Northern Produce/Mushrooms, Inc., Joel Weiss, and Marcia Weiss, jointly and severally as provided in Fed. R. Civ. P. Rule 54(b) and L.R. 54-3. Plaintiff is not a party to any pending counterclaims or cross claims, and the rights between Plaintiff and Defendants, Northern Produce/Mushrooms, Inc., Joel Weiss, and Marcia Weiss cannot be affected by the continued proceeding among any other parties. Accordingly, there is no just reason for delay in entering a Final Judgment in favor of Plaintiff.

4. The Clerk is directed to enter Judgment in accordance with this Order.

DATED: 7/11/16

_____
UNITED STATES DISTRICT JUDGE